**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Matthew Manville PERRY,**
**Defendant–Appellant.**

**No. 06–15266**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 9, 2007.

H. Kyle Fletcher, Oviedo, FL, for Plaintiff–Appellee.

Patricia D. Barksdale, Jacksonville, FL, for Defendant–Appellant.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, counsel for Matthew M. Perry, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Perry's convictions and sentences are **AFFIRMED.**